TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-95-00448-CR

Ex Parte: Charles Franklin Condran, Appellant

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT

NO. 0953109, HONORABLE TOM BLACKWELL, JUDGE PRESIDING

PER CURIAM

 This is an appeal from an order denying relief on appellant's writ of habeas corpus. 
Appellant has filed an amended motion to withdraw the appeal. No decision of this Court has
been delivered. The amended motion is granted and the appeal is dismissed. Appellant's original
motion to withdraw the appeal is submitted and dismissed. See Tex. R. App. P. 59(b).

Before Chief Justice Carroll, Justices Jones and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: January 10, 1996

Do Not Publish